UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ALAN MARTIN,

              Plaintiff,

                                              No.9:03-CV-981
       v.                                    (S.J. Scullin)

GLENN GOORD, et al.,

              Defendants,
_____

APPEARANCES:                            OF COUNSEL:

ALAN MARTIN
Plaintiff, Pro Se

ELIOT SPITZER                       STEPHEN M. KERWIN
Attorney General of the          Asst. Attorney General
State of New York

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

    The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Gustave J. DiBianco dated April 19, 2006 and filed April 20, 2006, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

    **ORDERED**, that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco dated April 19, 2006 and filed April 20, 2006

is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

    **ORDERED,** that defendants' motion to dismiss is **GRANTED,** and it is further

    **ORDERED,** that the amended complaint is hereby **DISMISSED** in its entirety, and it is further

    **ORDERED,** that the Clerk of the Court is to enter judgment in favor of the defendants and close this case.

**IT IS SO ORDERED.**

DATED: May 9, 2006
       Syracuse, New York

                                                _____
                                                Frederick J. Scullin, Jr.
                                                Senior United States District Court Judge